**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark E. Dixon,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Pinal County, a political subdivision;<br>James Walsh, Pinal County Attorney;<br>Paul Babeu, Pinal County Sheriff; and<br>Pete Rios, Bryan Martyn, and David<br>Snider, Pinal County Supervisors,<br><br>　　　　Defendants. | No. CV-10-325-PHX-DGC<br><br>**ORDER** |

Plaintiff has filed a motion to voluntarily dismiss the County Supervisor Defendants: Pete Rios, Bryan Martyn, and David Snider. Dkt. #26 Defendants have no objection. Dkt. #27. The Court accordingly will grant the motion. *See* Fed. R. Civ. P. 41(a).

**IT IS ORDERED:**

1. Plaintiff's motion to dismiss defendants (Dkt. #26) is **granted**.
2. Defendants Pete Rios, Bryan Martyn, and David Snider are **dismissed**.
3. A Final Pretrial Conference is set for **August 6, 2010 at 3:00 p.m.** (Dkt. #29).

DATED this 14th day of June, 2010.

---
David G. Campbell
United States District Judge